DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEBBIE A. CRAWFORD,** and
**JEFFREY L. ZURFACE,**
Appellants,

v.

**CLAIM SPECIALISTS, INC.,**
Appellee.

No. 4D2025-3917

[July 22, 2026]

Appeal of a nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L Cox, Judge; L.T. Case No. 312022CA000235XXXXXX.

D. Johnathan Rhodeback of Dill, Evans & Rhodeback, Sebastian, for appellants.

Randall Shochet of Shochet Law Group, Trenton, for appellee.

PER CURIAM.

*Affirmed. Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

KUNTZ, C.J., MAY and SHEPHERD, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***